UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: HENRI, DAVID J | § § § | Case No. 10-38334 |
| Debtor(s) | § § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 05/09/2012 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/04/2012    By:    /s/Glenn R. Heyman
                                  Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HENRI, DAVID J § Case No. 10-38334
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,000.31 |
| *and approved disbursements of* | $ | 115.69 |
| *leaving a balance on hand of* [1] | $ | 9,884.62 |

**Balance on hand:**  $  9,884.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  9,884.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,750.03 | 0.00 | 1,750.03 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 1,764.00 | 0.00 | 1,764.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 26.62 | 0.00 | 26.62 |

Total to be paid for chapter 7 administration expenses:  $  3,540.65
Remaining balance:  $  6,343.97

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,343.97

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,343.97

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 100,891.74 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sallie Mae, Inc. on behalf of MHEAA | 1,331.45 | 0.00 | 83.72 |
| 2 | Fia Card Services, Successor to Bof A & MBNA America Bank | 42,087.01 | 0.00 | 2,646.39 |
| 3 | eCAST Settlement Corp. assignee Citibank(South Dakota)NA | 26,720.21 | 0.00 | 1,680.14 |
| 4 | CR Evergreen, LLC | 7,287.14 | 0.00 | 458.21 |
| 5 | eCAST Settlement Corporation, assignee Chase Bank USA,NA | 5,947.95 | 0.00 | 374.00 |
| 6 | Us Dept Of Education | 6,033.03 | 0.00 | 379.35 |
| 7 | eCAST Settlement Corporation | 2,255.53 | 0.00 | 141.83 |
| 8 | PRA Receivables Mgmt, agent of Portfolio | 7,547.11 | 0.00 | 474.55 |

UST Form 101-7-NFR (10/1/2010)

|   |   | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|   | Recovery Assocs. |   |   |   |
| 9 | CR Evergreen, LLC | 1,682.31 | 0.00 | 105.78 |

Total to be paid for timely general unsecured claims:  $ 6,343.97
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-38334-ABG
David J Henri                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 2         Date Rcvd: Apr 09, 2012
                              Form ID: pdf006            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2012.
db          #+David J Henri,    4817 N Winchester Ave,    #2,   Chicago, IL 60640-4006
aty          +John C Crees,    Leeders & Associates Ltd,    20 E Jackson Blvd,   Ste 850,
               Chicago, IL 60604-2293
16052124      Bank One,    Consumer Lending,    Troy, MI 48098
16052126     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16052127     +Chela,    Attn: Bankruptcy,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
16052128     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363
16052130     +Exxmblciti,    Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
16279511     +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
               1000 Samoset Drive,    DE5-023-03-03,   Newark, DE 19713-6000
16052131      Gemb/ge Money,    200 W 14th St Suite 150,    Tempe, AZ 85281
16052125     +JP Morgan Chase Bank,    National Assocation,    POB 201347,   Arlington, TX 76006-1347
16388265     +PRA Receivables Management LLC,    As Agent Of Portfolio Recovery Assocs,    c/o Thd,   POB 41067,
               Norfolk VA 23541-1067
16405491     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o GE Money Mastercard,    POB 41067,   Norfolk VA 23541-1067
16177717     +Sallie Mae, Inc. on behalf of MHEAA,    P.O. Box 7074,   Indianapolis, IN 46207-7074
16052133     +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
16052134     +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,   Greenville, TX 75403-5609
16548168      eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262
16371261      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
16287417      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16292775      E-mail/Text: resurgentbknotifications@resurgent.com Apr 10 2012 01:16:17     CR Evergreen, LLC,
               MS 550,   PO Box 91121,    Seattle, WA 98111-9221
16052132      E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Apr 10 2012 02:30:54     ISAC,   1755 Lake Cook Rd,
               Deerfield, IL 60015-5209
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16052122     ##+Ann Marie Henri,    5664 Cullen Rd,   Fenton, MI 48430-9215
16052123     ##+Bank Of America,    Po Box 15026,   Wilmington, DE 19850-5026
16052129     ##+Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: tmaurer              Page 2 of 2              Date Rcvd: Apr 09, 2012
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2012 at the address(es) listed below:

        Anthony Olivadoti    on behalf of Trustee Marilyn Marshall courtdocs@chi13.com
        Glenn R Heyman    gheyman@craneheyman.com,
        il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
        Marilyn O Marshall    on behalf of Trustee Marilyn Marshall courtdocs@chi13.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Terrance S Leeders    on behalf of Debtor David Henri tleeders@leederslaw.com
        Toni Dillon    on behalf of Creditor Federal National Mortgage Association
        tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
                                                                                                                                          TOTAL: 6