**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: HENRI, DAVID J                              § Case No. 10-38334
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $204,980.00              Assets Exempt:  $39,125.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,343.97   Claims Discharged
                                             Without Payment: $110,751.77

Total Expenses of Administration: $3,656.34

---

   3) Total gross receipts of $   10,000.31   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00   (see **Exhibit 2**), yielded net receipts of $10,000.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $306,871.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,656.34 | 3,656.34 | 3,656.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 106,494.00 | 100,891.74 | 100,891.74 | 6,343.97 |
| **TOTAL DISBURSEMENTS** | $413,365.00 | $104,548.08 | $104,548.08 | $10,000.31 |

4) This case was originally filed under Chapter 7 on August 27, 2010. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2012          By: /s/GLENN R. HEYMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobile, 2008 Toyota Matrix, 30k miles | 1129-000 | 5,000.00 |
| Motorcycle, 2008 Yamaha 1300, 5000 miles | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.31 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 48,629.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 258,242.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$306,871.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,750.03 | 1,750.03 | 1,750.03 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 1,764.00 | 1,764.00 | 1,764.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | | N/A | 26.62 | 26.62 | 26.62 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 15.69 | 15.69 | 15.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $3,656.34 | $3,656.34 | $3,656.34 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ann Marie Henri | 5100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sallie Mae, Inc. on behalf of MHEAA | 7100-000 | 10,343.00 | 1,331.45 | 1,331.45 | 83.72 |
| 2 | Fia Card Services, Successor to Bof A & MBNA America Bank | 7100-000 | 40,377.00 | 42,087.01 | 42,087.01 | 2,646.39 |
| 3 | eCAST Settlement Corp. assignee Citibank(South | 7100-000 | 24,684.00 | 26,720.21 | 26,720.21 | 1,680.14 |
| 4 | CR Evergreen, LLC | 7100-000 | N/A | 7,287.14 | 7,287.14 | 458.21 |
| 5 | eCAST Settlement Corporation, assignee Chase | 7100-000 | N/A | 5,947.95 | 5,947.95 | 374.00 |
| 6 | Us Dept Of Education | 7100-000 | 6,218.00 | 6,033.03 | 6,033.03 | 379.35 |
| 7 | PRA Receivables Mgmt, agent of Portfolio Recovery | 7100-000 | 1,872.00 | 2,255.53 | 2,255.53 | 141.83 |
| 8 | PRA Receivables Mgmt, agent of Portfolio Recovery | 7100-000 | 6,796.00 | 7,547.11 | 7,547.11 | 474.55 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CR Evergreen, LLC | 7100-000 | N/A | 1,682.31 | 1,682.31 | 105.78 |
| NOTFILED | Bank One | 7100-000 | 1,535.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 14,535.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | 134.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $106,494.00 | $100,891.74 | $100,891.74 | $6,343.97 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-38334　　　　　　　　　　　　　　　**Trustee:** (330360)　GLENN R. HEYMAN
**Case Name:** HENRI, DAVID J　　　　　　　　　　　　**Filed (f) or Converted (c):** 03/15/11 (c)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 04/27/11
**Period Ending:** 09/24/12　　　　　　　　　　　　　　**Claims Bar Date:** 11/07/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1　Real Estate located at 5664 Cullen Rd, Fenton, M<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 198,000.00 | 0.00 | DA | 0.00 | FA |
| 2　Checking account with 5/3rd Bank<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 3　Checking account with 5/3rd Bank<br>　　Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02  Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd<br>- Fenton, MI 48; Imported from Amended Doc#: 38; Original asset description: Automobile, 2008 Toyota Matrix, 30k miles | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 4　Savings account with 5/3rd Bank<br>　　Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02  Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd<br>- Fenton, MI 48; Imported from Amended Doc#: 38; Original asset description: Automobile, 2008 Toyota Matrix, 30k miles | 5.00 | 5.00 | DA | 0.00 | FA |
| 5　Security Deposit w/ landlord, no current value t<br>　　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6　Miscellaneous Household Goods<br>　　Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02  Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd<br>- Fenton, MI 48; Imported from Amended Doc#: 38; Original asset description: Automobile, 2008 Toyota Matrix, 30k miles | 450.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-38334  
**Case Name:** HENRI, DAVID J  

**Period Ending:** 09/24/12

**Trustee:** (330360)    GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 03/15/11 (c)  
**§341(a) Meeting Date:** 04/27/11  
**Claims Bar Date:** 11/07/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 7   Miscellaneous books, cd's, videos<br>  Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02  Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd - Fenton, MI 48; Imported from Amended Doc#: 38; Original asset description: Automobile, 2008 Toyota Matrix, 30k miles | 200.00 | 0.00 | DA | 0.00 | FA |
| 8   Clothing<br>  Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02  Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd - Fenton, MI 48; Imported from Amended Doc#: 38; Original asset description: Automobile, 2008 Toyota Matrix, 30k miles | 500.00 | 0.00 | DA | 0.00 | FA |
| 9   Miscellaneous costume jewelry<br>  Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02  Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd - Fenton, MI 48; Imported from Amended Doc#: 38; Original asset description: Automobile, 2008 Toyota Matrix, 30k miles | 200.00 | 0.00 | DA | 0.00 | FA |
| 10   Hobby Equipment, camera<br>  Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02  Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd - Fenton, MI 48; Imported from Amended Doc#: 38; Original asset description: Automobile, 2008 Toyota Matrix, 30k miles | 150.00 | 0.00 | DA | 0.00 | FA |
| 11   Term Life Insurance, no cash surrender value | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-38334  
**Case Name:** HENRI, DAVID J  

**Period Ending:** 09/24/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 03/15/11 (c)  
**§341(a) Meeting Date:** 04/27/11  
**Claims Bar Date:** 11/07/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02 Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd<br>- Fenton, MI 48; Imported from Amended Doc#: 38; Original asset description: Automobile, 2008 Toyota Matrix, 30k miles | | | | | |
| 12  Ex-Wife's State of Michigan Teacher's Pension<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 13  1995 Buick LeSabre, 200,000 miles Value per NADA<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,975.00 | 2,975.00 | DA | 0.00 | FA |
| 14  Automobile, 2008 Toyota Matrix, 30k miles<br>Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02 Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd<br>- Fenton, MI 48 | 10,275.00 | 7,100.00 | | 5,000.00 | FA |
| 15  Motorcycle, 2008 Yamaha 1300, 5000 miles<br>Orig. Asset Memo: Imported from Amended Doc#: 38; Original asset description: Opened 11/01/02 Last Active 10/15/09<br>Mortgage<br>Real Estate located at 5664 Cullen Rd<br>- Fenton, MI 48; Imported from Amended Doc#: 38; Original asset description: Automobile, 2008 Toyota Matrix, 30k miles | 4,250.00 | 4,250.00 | | 5,000.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 0.31 | FA |
| 16  Assets  Totals (Excluding unknown values) | **$219,505.00** | **$16,830.00** | | **$10,000.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/2011: Received settlement of Ttee RTI of autos/motorcycle. Will check tax liability and then close case.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 10-38334  
**Case Name:** HENRI, DAVID J  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 03/15/11 (c)  
**§341(a) Meeting Date:** 04/27/11  

**Period Ending:** 09/24/12  

**Claims Bar Date:** 11/07/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

04/04/2012: TFR Filed with Court. Hrg set for 05/09 (dk)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012           **Current Projected Date Of Final Report (TFR):**   March 5, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-38334  
**Case Name:** HENRI, DAVID J  
**Taxpayer ID #:** **-***4019  
**Period Ending:** 09/24/12  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/11 | | David J. Henri | Settlement proceeds | | 10,000.00 | | 10,000.00 |
| | {14} | | settlement for RTI of automobile    5,000.00 | 1129-000 | | | 10,000.00 |
| | {15} | | Settlement for motorcylcle    5,000.00 | 1129-000 | | | 10,000.00 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,000.07 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.07 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,975.15 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.15 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,950.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,925.23 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,925.31 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,900.31 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-38334, Blanket Bond Payment Bond#016026455 | 2300-000 | | 15.69 | 9,884.62 |
| 05/09/12 | 1002 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,750.03, Trustee Compensation; Reference: | 2100-000 | | 1,750.03 | 8,134.59 |
| 05/09/12 | 1003 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $1,764.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,764.00 | 6,370.59 |
| 05/09/12 | 1004 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $26.62, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 26.62 | 6,343.97 |
| 05/09/12 | 1005 | Sallie Mae, Inc. on behalf of MHEAA | Dividend paid 6.28% on $1,331.45; Claim# 1; Filed: $1,331.45; Reference: | 7100-000 | | 83.72 | 6,260.25 |
| 05/09/12 | 1006 | Fia Card Services, Successor to BofA & MBNA America Bank | Dividend paid 6.28% on $42,087.01; Claim# 2; Filed: $42,087.01; Reference: | 7100-000 | | 2,646.39 | 3,613.86 |
| 05/09/12 | 1007 | eCAST Settlement Corp. assignee Citibank(South Dakota)NA | Dividend paid 6.28% on $26,720.21; Claim# 3; Filed: $26,720.21; Reference: | 7100-000 | | 1,680.14 | 1,933.72 |
| 05/09/12 | 1008 | CR Evergreen, LLC | Dividend paid 6.28% on $7,287.14; Claim# 4; Filed: $7,287.14; Reference: | 7100-000 | | 458.21 | 1,475.51 |
| 05/09/12 | 1009 | eCAST Settlement Corporation, assignee Chase Bank USA,NA | Dividend paid 6.28% on $5,947.95; Claim# 5; Filed: $5,947.95; Reference: | 7100-000 | | 374.00 | 1,101.51 |
| 05/09/12 | 1010 | Us Dept Of Education | Dividend paid 6.28% on $6,033.03; Claim# 6; Filed: $6,033.03; Reference: | 7100-000 | | 379.35 | 722.16 |
| 05/09/12 | 1011 | eCAST Settlement Corporation | Dividend paid 6.28% on $2,255.53; Claim# 7; Filed: $2,255.53; Reference: | 7100-000 | | 141.83 | 580.33 |
| 05/09/12 | 1012 | PRA Receivables Mgmt, agent of | Dividend paid 6.28% on $7,547.11; Claim# 8; | 7100-000 | | 474.55 | 105.78 |

Subtotals :   $10,000.31   $9,894.53

{} Asset reference(s)

Printed: 09/24/2012 10:50 AM   V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-38334  
**Case Name:** HENRI, DAVID J  

**Taxpayer ID #:** **-***4019  
**Period Ending:** 09/24/12  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | Portfolio Recovery Assocs. | Filed: $7,547.11; Reference: |  |  |  |  |
| 05/09/12 | 1013 | CR Evergreen, LLC | Dividend paid   6.28% on $1,682.31; Claim# 9;<br>Filed: $1,682.31; Reference: | 7100-000 |  | 105.78 | 0.00 |
| 06/05/12 |  | JPMorgan Case - eCAST Settlement Corporation | Refund of dividend check sent to wrong party | 7100-000 |  | -141.83 | 141.83 |
| 08/21/12 | 1014 | PRA Receivables Mgmt, agent of Portfolio Recovery Assocs. | Dividend for Claim no. 7 paid at 6.28% | 7100-000 |  | 141.83 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,000.31 | 10,000.31 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |  |
| **Subtotal** | 10,000.31 | 10,000.31 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| **NET Receipts / Disbursements** | **$10,000.31** | **$10,000.31** |  |

Net Receipts :     10,000.31  
Net Estate :     $10,000.31  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******96-65** | 10,000.31 | 10,000.31 | 0.00 |
|  | **$10,000.31** | **$10,000.31** | **$0.00** |

{} Asset reference(s)

Printed: 09/24/2012 10:50 AM    V.13.03